```
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 1 6 2005

OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVEN M. SAINOVICH,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) | 8:01CR23<br><br>ORDER |

      This matter is before the court on the motion of defendant Steven M. Sainovich (Sainovich) to review detention (Filing No. 100). The court held a hearing on the motion on June 16, 2005. The motion is granted to the extent set forth below.

    1.    Sainovich will be released to the third party custody of his mother, Donna Clark, to attend the funeral of Sainovich's maternal grandmother on June 18, 2005. Sainovich will be released from custody no earlier than 8:00 a.m. on June 18, 2005, and return to custody at the Pottawattamie County Jail no later than 6:00 p.m. on June 18, 2005.

    2.    During such release, Sainovich shall:

        a.    Not commit any offense in violation of federal, state, or local law;
        b.    Not possess a firearm, destructive device, or other dangerous weapon;
        c.    Not use or possess any alcoholic beverage;
        d.    Not use or possess any controlled substance unless prescribed by a licensed medical practitioner; and
        e.    Not operate any motor vehicle.

**IT IS SO ORDERED:**
DATED this 16th day of June, 2005.

BY THE COURT:

_[signature]_

United States Magistrate Judge

## ACKNOWLEDGMENT

      I acknowledge that I am the defendant in this case and I am aware of the conditions of release. I promise to obey all conditions of this release and to surrender into custody at the time and place set forth above.

_[signature]_      Dated: June 16, 2005.
STEVEN M. SAINOVICH, Defendant

      I acknowledge that I am the third party custodian of the defendant Steven M. Sainovich set forth above. I agree to supervise the defendant in accordance with all of the conditions of release, to return the defendant to custody as set forth above, and to notify the court immediately in the event the defendant violates any condition of release or disappears.

_Donna Clark_      Dated: June 16, 2005.
DONNA CLARK, Third Party Custodian