FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUL 13 AM 11:51

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:01CR23 |
| Plaintiff, ) | |
| ) | **ORDER TO SEAL DOCUMENT** |
| v. ) | |
| STEVEN SAINOVICH, ) | |
| Defendant. ) | |

THIS MATTER came before the Court on the _13_ day of July, 2005, on the Motion of the Defendant for an order to seal his Sealed Motion to Review Detention and Request for Expedited Hearing. (Filing No. _105_)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion Requesting Certain Documents to be Sealed shall be filed under seal.

BY THE COURT:

Date: 7/13/05

_____