IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR23 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVEN M. SAINOVICH, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the hearing on the defendant's Sealed Motion, Filing No. 107. Present are Thomas Kangior on behalf of the government, the defendant and his attorney, Jeffrey Thomas. After a hearing on the matter, the court determines that it is in the best interest of defendant to release the defendant to Williams Prepared Place.

IT IS ORDERED therefore that:

1. The final disposition hearing remains scheduled for **October 7, 2005, at 2:00 p.m.**
2. The defendant is released from the custody of the United States Marshal after processing.
3. As a condition of his release the defendant shall reside at and abide by the rules and regulations of the Williams Prepared Place at 3525 Evans Street, Omaha, Nebraska.
4. That the defendant will also abide by all the terms and conditions of his supervised release previously imposed.

DATED this 14th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge